UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| WESTERN SURETY COMPANY, a South Dakota corporation,<br><br>Plaintiff,<br><br>vs.<br><br>OUTBACK CONSTRUCTION, INC., TANNER COCHRELL, D. SHAMEEN COCHRELL, SHAWN WELCHANS, and ASHLEY WELCHANS,<br><br>Defendants. | Case No. CV-22-144-M-DLC<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**_X_ Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED that, pursuant to the Court's order dated January 30, 2023 (Doc. 19), Western Surety's motion for default judgment (Doc. 17) is GRANTED. Default judgment is entered in favor of Plaintiff Western Surety Company and against Defendants Outback Construction, Inc., Tanner Cochrell, and D. Shameen Cochrell on Western Surety's claim for breach of the General Agreement of Indemnity.

Dated this 30th day of January, 2023.

TYLER P. GILMAN, CLERK

By: /s/ Sarah Nagy
Sarah Nagy, Deputy Clerk