Mark D. Etchart
M. Christy S. McCann
BROWNING, KALECZYC, BERRY & HOVEN, P.C.
800 N. Last Chance Gulch, Ste. 101
P.O. Box 1697
Helena, MT  59624-1697
Telephone:  (406) 443-6820
Facsimile:  (406) 443-6883
mark@bkbh.com
christy@bkbh.com

*Attorneys for Western Surety Company*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| WESTERN SURETY COMPANY, a South Dakota corporation,<br><br>Plaintiff,<br><br>v.<br><br>OUTBACK CONSTRUCTION, INC., TANNER COCHRELL, D. SHAMEEN COCHRELL, SHAWN WELCHANS, and ASHLEY WELCHANS,<br><br>Defendants. | Case No. 22-144-M-DLC<br><br>**PLAINTIFF WESTERN SURETY COMPANY'S RULE 12(c) MOTION FOR JUDGMENT ON THE PLEADINGS AGAINST DEFENDANTS SHAWN AND ASHLEY WELCHANS** |

Plaintiff, Western Surety Company ("Western"), through counsel, respectfully submits this Rule 12(c) Motion for Judgment on the Pleadings against Defendants Shawn and Ashley Welchans ("Welchans Defendants").  Based on the pleadings, including the Complaint and its exhibits and the Welchans Defendants'

1

Answers, judgment in Western's favor is appropriate. As explained in the Brief in Support, filed concurrently herewith, the Court should grant Western's Motion.

DATED this 28th day of March, 2023.

BROWNING, KALECZYC, BERRY & HOVEN, P.C.


By  /s/ M. Christy S. McCann
    Mark D. Etchart
    M. Christy S. McCann

*Attorneys for Western Surety Company*

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of March, 2023, a true copy of the foregoing was served via mail, postage prepaid to the following parties who are not on ECF:

Shawn Welchans
Ashley Welchans
1104 N. Burnt Fork Rd.
Stevensville, MT 59870:

                                 /s/ M. Christy S. McCann
                                 BROWNING, KALECZYC, BERRY & HOVEN, P.C.