IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| WESTERN SURETY COMPANY, a South Dakota Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>OUTBACK CONSTRUCTION, INC.; TANNER COCHRELL; D. SHAMEEN COCHRELL; SHAWN WELCHANS; and ASHLEY WELCHANS,<br><br>Defendants. | CV 22–144–M–DLC<br><br>ORDER |

    Before the Court is the parties' Stipulation for Dismissal with Prejudice. (Doc. 23.) Plaintiff Western Surety Company and Defendants Shawn and Ashley Welchans request that the Court enter an order dismissing the above-captioned matter with prejudice, with the parties to bear their own respective attorneys' fees and costs, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. (*Id.*) The Court previously entered default judgment that fully adjudicated Western Surety Company's claims against Defendants Outback Construction, Inc., Tanner Cochrell, and D. Shameen Cochrell. (Doc. 20.)

    Accordingly, IT IS ORDERED that the above-captioned matter, as between Plaintiff Western Surety Company and Defendants Shawn and Ashley Welchans,

1

is DISMISSED WITH PREJUDICE, with each party to bear its own attorneys' fees and costs.

IT IS FURTHER ORDERED that all pending motions are MOOT and all deadlines are VACATED.

DATED this 18th day of September, 2023.

_____
Dana L. Christensen, District Judge
United States District Court